# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00439-CR

**Joseph Edward Barkley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-11-302409, THE HONORABLE BOB PERKINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Joseph Edward Barkley seeks to appeal from a judgment of conviction for attempted sexual assault. *See* Tex. Penal Code §§ 15.01, 22.011(a)(1). The trial court has certified that this is a plea-bargain case and Barkley has no right of appeal. Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed: July 3, 2013

Do Not Publish